

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00440-CV

**D&J ALEXANDER MANAGEMENT, LP,**
Appellant

v.

Raymond S. **DE LEON** II, Trustee of the Delfina & Josefina Alexander Family Trust,
Appellees

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013-PBA-00133L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Appellants, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, As Independent Co-Executors of The Estate of Delfina E. Alexander, Deceased, filed a Joint Notice of Appeal from an order in Trial Cause Number 2013PBA000133L2 awarding interim ad litem fees (the "Garcia, Tamez, and Tellez Ad Litem Order"). This court is attempting to determine whether this order is a final appealable order rendered in a probate proceeding.

Therefore, appellants are hereby ORDERED to explain in writing no later than July 31, 2014 why this appeal should not be dismissed for lack of jurisdiction. The court also requests that appellee respond no later than ten days after appellants have filed their response to this order.

All other appellate deadlines in this appeal are ABATED pending this court's determination of its jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court